Same case below, 16 So. 3d 294.

**No. 10-284. City of Colton, California, Petitioner v. American Promotional Events, Inc.-West, et al.**

562 U.S. 1062, 131 S. Ct. 646, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9102.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 614 F.3d 998 and 390 Fed. Appx. 749.

**No. 10-364. Tina M. Randolph, Petitioner v. Dimension Films, et al.**

562 U.S. 1062, 131 S. Ct. 648, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9353.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 449.

**No. 10-373. Kim Iann Manning, Petitioner v. American Republic Insurance Company.**

562 U.S. 1062, 131 S. Ct. 648, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9424.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 604 F.3d 1030.

**No. 10-375. Bernice Perez, Petitioner v. Wells Fargo Bank Minnesota, National Association.**

562 U.S. 1063, 131 S. Ct. 648, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9358.

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 817, 894 N.Y.S.2d 509.

**No. 10-378. Celester Cedric Edwards, Petitioner v. Alabama.**

562 U.S. 1063, 131 S. Ct. 649, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9346.

November 29, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 75 So. 3d 1228.

**No. 10-379. Columbia Venture, LLC, Petitioner v. Dewberry & Davis, LLC, et al.**

562 U.S. 1063, 131 S. Ct. 649, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9312.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 604 F.3d 824.

**No. 10-386. James Dunn, Petitioner v. Louisiana.**

562 U.S. 1063, 131 S. Ct. 650, 178 L. Ed. 2d 480, 2010 U.S. LEXIS 9374.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 41 So. 3d 454.